UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDER MUNRO,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C22-1622 RSM

**ORDER FOR STAY OF
PROCEEDINGS**

      Based on Defendant's Motion for a Stay of Proceedings, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that this case is stayed for 14 days, through June 7, 2023.

      DATED this 25th day of May, 2023.

Ricardo S. Martinez
United States District Judge