U.S. DISTRICT COURT JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER M. , <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | Case No.: 2:22-cv-01622-RSM <br><br> ORDER RE UNOPPOSED MOTION FOR EAJA FEES |

Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, Plaintiff's Unopposed EAJA petition including the adjusted invoice and the assignment of EAJA fees to Plaintiff's attorney, it is hereby ORDERED that fees in the adjusted amount of **$11,500.00** shall:

ORDER RE UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT Page 1 of 3--CASE NO.: 2:22-CV-01622-RSM

Invictus Legal Services
George Andre Fields
Attorney at Law
P.O. Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556

1) Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521, 2531-2, 177 L.Ed.2d 91 (2010) and delivered to Plaintiff's counsel; however,

2) The Acting Commissioner shall contact the Department of Treasury after this Order is entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly to Plaintiff's counsel. If there is an offset, any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program, and the payment shall be electronically deposited to Plaintiff's counsel, George Andre Fields, Esq. at P.O. Box 231024, Sacramento, CA 95823.

DATED this 25th day of September, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER RE UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT Page 2 of 3--CASE NO.: 2:22-CV-01622-RSM

Invictus Legal Services
George Andre Fields
Attorney at Law
P.O. Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556

Respectfully submitted,

    INVICTUS LEGAL SERVICES

    <u>/s/George Andre Fields</u>
    Law Office of George Andre Fields
    P.O. Box 231024
    Sacramento, CA 95823
    WSBA No. 25973
    Phone: 800-567-1556
    Email: gafieldsdisabilitylaw@gmail.com

Dated this 18$^h$ day of September, 2023.

ORDER RE UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT Page 3 of 3--CASE NO.: 2:22-CV-01622-RSM

Invictus Legal Services
George Andre Fields
Attorney at Law
P.O. BOX 231024
Sacramento, CA 95823
Phone: (800) 567-1556